C:\CASE FILES\TRIAL_FILES\Knibbs\Notice of Appearance 11-05-07.wpd

RUHNKE & BARRETT
47 Park Street
Montclair, New Jersey 07042
(973)744-1000 (voice)
(973)746-1490 (fax)
jeanbarrett@ruhnkeandbarrett.com

------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| - against - | Criminal No. 06 Cr. 911 (LBS) |
| ALTON DAVIS, et al. | NOTICE OF APPEARANCE AS COUNSEL |
| Defendants. | |

------------------------------------------------x

Please enter the undersigned attorney's appearance as counsel for defendant Ronald Knibbs.

                                                          RUHNKE & BARRETT
                                                          Attorneys for Ronald Knibbs

                                                          /s/ Jean D. Barrett
                                                          _____
                                         By:    JEAN D. BARRETT

Dated:       Montclair, New Jersey
                  November 5, 2007