UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
UNITED STATES OF AMERICA,                :
:  **SCHEDULING ORDER**
-against-                                 :
:  06 Cr. 911 (AKH)
ALTON DAVIS, et al.,                      :
:
                              Defendants. :
:
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Defendant Roderick Gunn's re-sentencing, scheduled for January 31, 2024, is adjourned to January 25, 2024 at 11 a.m.  Defendant Alton Davis's re-sentencing, scheduled for January 31, 2024, is adjourned to January 25, 2024 at 12 p.m.

        SO ORDERED.

Dated:     January 5, 2024                              /s/ Alvin K. Hellerstein
             New York, New York                  ALVIN K. HELLERSTEIN
                                                             United States District Judge